**WO**                                                                                                          RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan David Vela, | No. CV 06-858-PHX-SMM (JRI) |
| Plaintiff, | |
| vs. | |
| Joseph M. Arpaio, et al., | **ORDER FOR PAYMENT** |
| Defendants. | **OF INMATE FILING FEE** |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

Plaintiff Jonathan David Vela, Booking Number P123831, confined in the Maricopa County Fourth Avenue Jail, has been assessed the statutory filing fee of $250.00. Plaintiff must pay an initial partial filing fee of $12.00. Thereafter, Plaintiff must incrementally pay the balance of the filing fee in monthly payments equal to 20% of the preceding month's income. The Maricopa County Sheriff or his designee must collect and forward these fees to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Maricopa County Sheriff or his designee must collect and forward to the Clerk of Court the $12.00 initial fee. The balance of the $250.00 filing fee must be collected from Plaintiff's trust account in monthly payments that are equal to 20% of the preceding

1 month's income credited to Plaintiff's trust account. Payments must be forwarded to the
2 Clerk of Court each time the amount in the account exceeds $10.00. The payments must be
3 clearly identified by the name and number assigned to this action.

4     (2) The Maricopa County Sheriff or his designee must notify the Clerk of Court in
5 writing when Plaintiff is released or transferred to a correctional institution other than the
6 Maricopa County Jail, so new billing arrangements may be made to collect any outstanding
7 balance.

8     (3) The Clerk of Court must serve by mail a copy of this Order on Maricopa County
9 Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

10     (4) The Clerk of Court must serve by mail a copy of this Order on Richard Stewart,
11 Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County
12 Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

13     (5) The Clerk of Court must forward a copy of this Order to Financial Administration
14 for the Phoenix Division of the U.S. District Court for the District of Arizona. Financial
15 Administration must set up an account to receive payments on the filing fee for this action
16 and must notify the Court when the filing fee is paid in full.

17     DATED this 31st day of August, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -